Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VU M. HOANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br> Defendant. | C09-0896-JCC <br><br> **ORDER** |

This matter comes before the Court on the report and recommendation of Magistrate Judge James P. Donohue. (Dkt. No. 16). Having reviewed the relevant record, the Court hereby ADOPTS the report and recommendation.

The Court hereby AFFIRMS the portion of the administrative law judge's decision finding that Plaintiff was disabled from January 1, 2006 to August 10, 2007.

The Court REVERSES IN PART the Commissioner's final decision, and REMANDS this matter to the Social Security Administration for further proceedings not inconsistent with the report and recommendation.

ORDER, C09-0896-JCC
Page 1

1 | The Clerk of the Court shall send copies of this order to the parties and to Magistrate Judge
2 | James P. Donohue.

SO ORDERED this 30th day of April, 2010.

_/s/ John C. Coughenour_
JOHN C. COUGHENOUR
United States District Judge

ORDER, C09-0896-JCC
Page 2